```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                                ) CASE NO: 10-52128-659  Chapter 13
     GREGORY P WAPELHORST JR      )
                                      ) Trustee's Objection to Confirmation
                                      )
                                      ) Original confirmation hearing
                         Debtor(s)    ) set for Jan 06, 2011 10:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN**

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

 1. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts. 11 USC Secs. 1322(a)(2) & 1325(a)(5)(B)(ii)
 2. The plan contains insufficient funds to make the guaranteed repayment to general unsecured creditors.
 3. The set monthly payments to be made by the Trustee exceed the plan payment.
 4. Re #1 and #2 above, paragraph 5B of the plan calls for payment of a $95,062 judgement lien with interest, but the plan base is only $15,000.

   **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.


                                        /s/ John V. LaBarge, Jr.
DSD-351                                 --------------------------------
                                        John V LaBarge Jr
Copy served on the following either     Chapter 13 Trustee
through the Court's ECF system or by    P.O. Box 430908
ordinary mail on January 13, 2011  :    St. Louis, MO 63143    (314) 781-8100
                                           trust33@ch13stl.com   Fax:(314) 781-8881
ROBERT E FAERBER
230 S BEMISTON
STE 600
CLAYTON MO  63105

GREGORY P WAPELHORST JR
403 W WALNUT
PACIFIC MO  63069