In re:                              ) CASE NO: 10-52128-659  Chapter 13
     GREGORY P WAPELHORST JR     )
                            ) Trustee's Objection to Confirmation
                            )
                            ) Original confirmation hearing
                 Debtor(s)  ) set for Jan 06, 2011 10:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 2ND AMENDED PLAN**

     **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee,  and
for his objection to confirmation states as follows:

1. The plan does not provide sufficient funds to pay all creditors
   entitled to full payment, including fair market value of secured
   claims and priority debts. 11 USC Secs. 1322(a)(2) & 1325(a)(5)(B)(ii)
2. The plan contains insufficient funds to make the guaranteed
   repayment to general unsecured creditors.
3. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs.
   1321 & 1325(a)(3)) because:
   The plan fails to provide any special treatment of the
   scheduled secured debt to Northland Credit, but does not
   contain enough funds to pay this $95,000 debt, for which a
   proof of claim has already been filed.

     **WHEREFORE** the Trustee prays the Court  enter  its  order  denying
confirmation of the proposed plan.


                                  /s/ John V. LaBarge, Jr.
DSD-351                            --------------------------------
                                  John V LaBarge Jr
Copy served on the following either  Chapter 13 Trustee
through the Court's ECF system or by  P.O. Box 430908
ordinary mail on March 29, 2011    : St. Louis, MO 63143   (314) 781-8100
                                  trust33@ch13stl.com   Fax:(314) 781-8881

ROBERT E FAERBER
230 S BEMISTON
STE 600
CLAYTON MO  63105

GREGORY P WAPELHORST JR
403 W WALNUT
PACIFIC MO  63069